```
Feb 29, 2016          BERRIEN COUNTY JUSTICE SYSTEM        Case Id: 2008411480-FH
04:12 PM              PUBLIC ACCESS CASE EVENT REPORT      Person Id: ████978
                                                           Page: 1


TAYLOR, BRYAN LEE                    B M  509  180  BLK BRO
                                     04/07/1968
                              CHG: 0
                                                                    CLOSED
REL CASE ID:                            OFF TYPE: F  TRACK:     CTN: 110800305301
COMPLNT AGY: 53   OFF DATE: 04/10/2008 00:00  FP CARD:    CRT: 590C

                              ATTY: WOODS, STEPHEN K
                              PROS: TRAVIS, KELLY L
                              JUDG: SCHOFIELD, CF SCOTT


1) +ATT EMB-AGNT/TRUST $1000><$20000+   ST  GUILTY PLEA AMENDED OFFENSE   CLOS


06042008 X DC CASE TYPE ASSIGNED                       FY-455D
         1 PROSECUTING ATTORNEY ASSIGNED               TRAVIS, KELLY L
           RISK LEVEL                                  MEDIUM
           ARRAIGNMENT HELD
           JUDGE/MAGISTRATE                            SCHOFIELD, CF SCOTT
           DEFENDANT IN COURT
           CT REPORTER/RECORDER                        2008701FTR
           DEFNDT ADV OF CONTENT OF C&W
           RIGHTS READ TO DEFENDANT
           DEF ADVISED OF RIGHTS (FELONY CASE)
          -DEF DEMANDS PRELIMINARY EXAM
           DEF ADVISES WILL HIRE COUNSEL
           JUDGE ASSIGNED                              SCHOFIELD, CF SCOTT
           SCHED PRE EXAM                   PE 06132008 0830 SCHOFIELD, CF SCOTT
           SCHED EXAM                       EX 06172008 0830 SCHOFIELD, CF SCOTT
           COMMITTED IN LIEU OF BOND
           BOND SET AT                      5000.00    10% BOND
              XP     5000.00
           NO ALCOHOL/NO BARS
           AVOID ALL CONTROLLED SUBSTANCE
           SUBMIT TO ALC/DRUG TEST
           DEF ORD N/CONT W/VICTIMS
           DHL
           CURFEW
           9P-6A
           NOT THREATEN, INTIMIDATE OR ABUSE
           NO WEAPONS
06132008 X APPEARANCE FILED BY ATTY                    WOODS, STEPHEN K
         1 PRE EXAM CONFERENCE HELD
           JUDGE/MAGISTRATE                            SCHOFIELD, CF SCOTT
           PROSECUTING ATTORNEY PRESENT                TRAVIS, KELLY L
           DEFN W/ATTY IN COURT                        WOODS, STEPHEN K
           CT REPORTER/RECORDER                        2008701FTR
           DEFNDT ADV OF CONTENT OF C&W
           RIGHTS READ TO DEFENDANT
           DEF ADVISED OF RIGHTS (FELONY CASE)
          -DEF WAIVED PRELIMINARY EXAM
           DEFN B/O CIRCUIT CT
           AS CHARGED
           CASE SUFFIX (TYPE) CHGD                     FH
           JUDGE ASSIGNED                              SCHOFIELD, CF SCOTT
           RECD RET F/DISTRICT CT
           JUDGE ASSIGNED                              SCHOFIELD, CF SCOTT
           ORD TRAN CASE CC/DIR POST CONV AP
           ARRAIGNMENT HELD
           JUDGE/MAGISTRATE                            SCHOFIELD, CF SCOTT
           PROSECUTING ATTORNEY PRESENT                TRAVIS, KELLY L
           DEFENSE ATTORNEY                            WOODS, STEPHEN K
           DEFENDANT IN COURT
           CT REPORTER/RECORDER                        2008701FTR
           DEF ADVISED OF RIGHTS (FELONY CASE)
           DEFN PLACED UNDER OATH
           CHARGE DISPOSED AS                          GUILTY PLEA AMENDED OFFEN
          -PLEA ACCEPTED BY THE COURT
           PLEA AGREEMENT AS FOLLOWS:
           DEFENDANT TO PLEAD GUILTY TO
                                                                             A7C
```