**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| BRIAN TAYLOR, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.: 1:15-cv-1405 (TSE/JFA) |
| | ) |
| CORELOGIC SAFE RENT, LLC | ) |
| | ) |
| Defendant. | ) |

## PLAINTIFF'S MOTION TO SEAL

Plaintiff, by counsel, pursuant to Rule 5 of the Local Rules of the United States District Court for the Eastern District of Virginia, hereby moves to seal Exhibit 3 attached to Plaintiff's Response in Support of Motion to Compel (Dkt. 19), as well as the portion of Plaintiff's memorandum that quotes a provision in Exhibit 3.

Respectfully submitted,

**BRIAN TAYLOR**

By: _____/s/_____
Counsel

Kristi Cahoon Kelly, VSB #72791
Andrew J. Guzzo, VSB #82170
KELLY & CRANDALL, PLC
4084 University Drive, Suite 202A
Fairfax, Virginia 22030
(703) 424-7576 Telephone
(703) 591-9285 - Facsimile
E-mail: kkelly@kellyandcrandall.com
E-mail: aguzzo@kellyandcrandall.com

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of March, 2016, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

David Neal Anthony, Esq.
Meagan Mihalko, Esq.
Troutman Sanders LLP
1001 Haxall Point
Richmond, VA 23219
(804) 697-5410
(804) 698-5118 Fax
david.anthony@troutmansanders.com
meagan.mihalko@troutmansanders.com
*Counsel for Defendant Corelogic SafeRent, LLC*

            /s/
Kristi Cahoon Kelly, VSB #72791
Andrew J. Guzzo, VSB #82170
KELLY & CRANDALL, PLC
4084 University Drive, Suite 202A
Fairfax, Virginia 22030
(703) 424-7576 Telephone
(703) 591-0167 - Facsimile
E-mail: kkelly@kellyandcrandall.com
*Counsel for Plaintiff*

2