IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| BRIAN TAYLOR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:15cv1405 (TSE/JFA) |
| ) | |
| CORELOGIC SAFERENT, LLC, ) | |
| ) | |
| Defendant. ) | |
| ) | |

### ORDER

On Friday, March 4, 2016, the parties appeared before the court to present argument on plaintiff's Motion to Compel (Docket no. 14). Upon consideration the motion, the memorandum in support (Docket no. 15), defendant's opposition (Docket no. 17), and plaintiff's reply (Docket no. 19) and for the reasons stated from the bench, it is hereby

ORDERED that plaintiff's Motion to Compel is granted in part and denied in part.

Entered this 4th day of March, 2016.

/s/
John F. Anderson
United States Magistrate Judge
John F. Anderson
United States Magistrate Judge

Alexandria, Virginia