

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF VIRGINIA
**Richmond Division**

**TYRONE HENDERSON,** *et al.*

    **Plaintiffs,**

**v.**
                               **Civil Action No. 3:12cv97 (REP)**

**CORELOGIC NATIONAL BACKGROUND DATA, LLC**

    **Defendant.**

### SEALING ORDER

CAME NOW Defendant, CoreLogic National Background Data, LLC ("NBD"), upon its Motion to File Certain Information in its Memorandum in Opposition to Plaintiffs' Motion for Class Certification Under Seal.   Finding that the interests of the parties in the sealing of the confidential and proprietary information listed below satisfies the criteria under *Ashcraft v. Conoco, Inc.*, 218 F.3d 282 (4th Cir. 2000), and finding that there is no less drastic alternative to placing such information under seal, it is hereby ORDERED that the Motion is GRANTED, and that:

    1.     For purposes of this Order, the following materials and information are deemed to be "Confidential Materials" subject to sealing or redaction, as appropriate:

          (A)    Information regarding the number of customer relationships maintained by NBD over the alleged class period;

          (B)    Information relating to the number of criminal records, dispositions, and types of offenses, as contained in the "Multistate Database" and "Results Returned Database" delivered to Plaintiffs' counsel pursuant to prior Court Order;

          (C)    Information regarding the valuation, assets and net worth of NBD;



(D)     Information regarding CoreLogic SafeRent, LLC's and NBD's policies and procedures regarding its data quality control and data intake processes; and

(E)     The documents reflecting the criminal records provided by NBD, as well as the background screening reports prepared by Verifications, Inc. and ADP Screening and Selection Services, Inc. in connection with the named Plaintiffs' employment applications and/or disputes.

2.      If it is necessary to include such Confidential Materials within any pleading filed with the Court, then the party making the filing is required to file a "public" version of a filing with only the portion of the filing including Confidential Materials redacted.  An unredacted version of that same filing shall also be filed under seal.

3.      Each document that is the subject of this Order which is filed under seal shall be submitted to the Clerk's Office securely sealed, with the container clearly labeled "UNDER SEAL."  The case number, case caption, and reference to this Order permitting the item to be sealed and a non-confidential descriptive title of the document shall be noted on the container.

4.      Trial exhibits, including documents previously filed under seal, and trial transcripts are expressly excluded from the terms of this Order and will not be filed under seal except upon further Order by the Court.

ENTERED this _5th_ day of ~~February~~ March, 2014.

_____ /s/ _REP_

Hon. Robert E. Payne
Senior United States District Court Judge

2