UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| BRIAN TAYLOR, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action 1:15-cv-1405-TSE-JFA |
| | ) |
| CORELOGIC SAFERENT, LLC, | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT'S RESPONSE TO**
**PLAINTIFF'S MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT**

Defendant, CoreLogic SafeRent, LLC ("SafeRent"), by counsel, states as follows for its response to Plaintiff's Motion for Leave to File an Amended Complaint. (Dkt. No. 35).

SafeRent disagrees with Plaintiff's characterizations of his claims and SafeRent's alleged conduct, as set forth in the memorandum seeking leave to amend the Complaint. Those claims have been denied by SafeRent and are contested. SafeRent submits, however, that the decision of whether to permit amendment in this posture rests in the sound discretion of the Court, and SafeRent does not actively oppose Plaintiff's motion. Thus, SafeRent requests that the Court rule on the motion without a hearing, which is currently scheduled for April 8, 2016 at 10:00 a.m.

**CORELOGIC SAFERENT, LLC**


By:/s/
David N. Anthony
Virginia State Bar No. 31696
Meagan A. Mihalko
Virginia State Bar No. 80703
Timothy J. St. George
Virginia State Bar No. 77349
TROUTMAN SANDERS LLP
1001 Haxall Point
P.O. Box 1122
Richmond, VA  23218
Telephone: (804) 697-1200
Facsimile: (804) 698-5118
E-mail: david.anthony@troutmansanders.com
E-mail: meagan.mihalko@troutmansanders.com
Email: tim.stgeorge@troutmansanders.com

Ronald I. Raether, Jr. (*pro hac vice*)
TROUTMAN SANDERS LLP
5 Park Plaza
Suite 1400
Irvine, California 92614
Telephone: (949) 622-2722
Facsimile: (949) 622 -2739
ronald.raether@troutmansanders.com

*Attorneys for Defendant CoreLogic SafeRent, LLC*

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing pleading has been filed with the Court's Electronic Case Filing system on this 6th day of April, 2016, which will send a notice of electronic filing to the following counsel of record:

> Kristi C. Kelly
> Andrew J. Guzzo
> KELLY & CRANDALL PLC
> 4084 University Drive, Suite 202A
> Fairfax, VA 22030
> Telephone: 703-424-7570
> Facsimile: 703-591-0167
> Email: kkelly@kellyandcrandall.com
> Email: aguzzo@kellyandcrandall.com
>
> *Counsel for Plaintiff*

> /s/
> Timothy J. St. George
> Virginia State Bar No. 77349
> *Attorneys for CoreLogic SafeRent, LLC*
> TROUTMAN SANDERS LLP
> 1001 Haxall Point
> Richmond, VA  23219
> Telephone: 804-697-1254
> Facsimile: 804-697-1300
> Email: tim.stgeorge@troutmansanders.com