UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| BRIAN TAYLOR, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No.: 1:15-cv-1405 (TSE/JFA) |
| CORELOGIC SAFE RENT, LLC | ) |
| | ) |
| Defendant. | ) |
| | ) |

**PLAINTIFF'S MEMORANDUM IN SUPPORT MOTION TO SEAL**

Plaintiff, by counsel, pursuant to Rule 5 of the Local Rules of the United States District Court for the Eastern District of Virginia, hereby moves to seal Exhibit 1 attached to Plaintiff's Memorandum in Support of Motion to Compel and For Sanctions (Dkt. 42), as well as the portion of Plaintiff's memorandum that quotes a provision in Exhibit 1. In support thereof, Plaintiff states as follows:

Plaintiff needed to file Exhibit 1, which was designated as confidential by Defendant. Plaintiff also quoted directly from Exhibit 1, requiring the filing of the redacted memorandum. While Plaintiff disagrees that the Defendant properly designated the information as confidential, Plaintiff nonetheless moves the Court to temporarily seal the exhibit and memorandum in accordance with Local Rule 5 until such time as Defendant's designations may be ruled upon by the Court.

Respectfully submitted,
**BRIAN TAYLOR**

By: _____/s/_____
Counsel

1

Kristi Cahoon Kelly, VSB #72791
Andrew J. Guzzo, VSB #82170
KELLY & CRANDALL, PLC
4084 University Drive, Suite 202A
Fairfax, Virginia 22030
(703) 424-7576 Telephone
(703) 591-9285 - Facsimile
E-mail:  kkelly@kellyandcrandall.com
E-mail: aguzzo@kellyandcrandall.com

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of April, 2016, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Ronald Raether, Esq. (admitted pro hac vice)
David Neal Anthony, Esq.
Meagan Mihalko, Esq.
Timothy St. George, Esq.
Troutman Sanders LLP
1001 Haxall Point
Richmond, VA 23219
(804) 697-5410
(804) 698-5118 Fax
david.anthony@troutmansanders.com
meagan.mihalko@troutmansanders.com
timothy.st.george@troutmansanders.com
*Counsel for Defendant Corelogic SafeRent, LLC*

                                                           _____/s/_____
Kristi Cahoon Kelly, VSB #72791
KELLY & CRANDALL, PLC
4084 University Drive, Suite 202A
Fairfax, Virginia 22030
(703) 424-7576 Telephone
(703) 591-0167 - Facsimile
E-mail:  kkelly@kellyandcrandall.com
*Counsel for Plaintiff*