# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | | |
|---|---|---|
| **BRIAN TAYLOR,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action 1:15-cv-1405-TSE-JFA** |
| | ) | |
| **CORELOGIC SAFERENT, LLC,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## DEFENDANT CORELOGIC SAFERENT, LLC'S
## RESPONSE TO PLAINTIFF'S MOTION TO SEAL

Defendant, CoreLogic SafeRent, LLC ("SafeRent"), by counsel, submits this response to Plaintiff's Motion to Seal (Dkt. No. 44) filed on April 15, 2016.

Having reviewed the sealed material and confirming that the same does not need to remain under seal, SafeRent consents to the public filing of Exhibit 1 to Plaintiff's Memorandum in Support of his Motion to Compel (Dkt. No. 42). SafeRent reserves the right to move to seal other documents and material in this case and to designate portions of any such material as confidential pursuant to the provisions outlined in the Stipulated Protective Order entered by the Court on February 12, 2016 (Dkt. No. 13).

**CORELOGIC SAFERENT, LLC**

By:/s/*Meagan A. Mihalko* _____
David N. Anthony
Virginia State Bar No. 31696
Timothy J. St. George
Virginia State Bar No. 77349
Meagan A. Mihalko
Virginia State Bar No. 80703
TROUTMAN SANDERS LLP
1001 Haxall Point

P.O. Box 1122
Richmond, VA  23218
Telephone: (804) 697-5410
Facsimile: (804) 698-5118
E-mail: david.anthony@troutmansanders.com
E-mail: meagan.mihalko@troutmansanders.com
E-Mail: tim.stgeorge@troutmansanders.com

Ronald I. Raether, Jr. (*pro hac vice*)
TROUTMAN SANDERS LLP
5 Park Plaza
Suite 1400
Irvine, California 92614
Telephone: (949) 622-2722
Facsimile: (949) 622 -2739
ronald.raether@troutmansanders.com

*Attorneys for Defendant CoreLogic SafeRent, LLC*

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing pleading has been filed with the Court's Electronic

Case Filing system on this 20th day of April, 2016, which will send a notice of electronic filing

to the following counsel of record:

Kristi C. Kelly, Esquire
Andrew J. Guzzo, Esquire
KELLY & CRANDALL PLC
4084 University Drive, Suite 202A
Fairfax, VA 22030
Telephone: 703-424-7570
Facsimile: 703-591-0167
Email: kkelly@kellyandcrandall.com
Email: aguzzo@kellyandcrandall.com

*Counsel for Plaintiff*

/s/*Meagan A. Mihalko*
Meagan A. Mihalko
Virginia State Bar No. 80703
*Attorneys for CoreLogic SafeRent, LLC*
TROUTMAN SANDERS LLP
1001 Haxall Point
Richmond, VA  23219
Telephone: 804-697-1281
Facsimile: 804-697-1339
Email: meagan.mihalko@troutmansanders.com

28264002v1