Date: 4/22/2016                                Judge: JOHN F. ANDERSON
                                               Reporter: FTR
Start: 10:16AM
Finish: 11:19AM

Civil Action Number: 1:15-cv-1405

Brian Taylor

vs.

CoreLogic SafeRent, LLC

Appearances of Counsel for ( ✓ ) Pltf ( ✓ ) Deft
(   ) Matter is uncontested
Motion to/for:

[41] Motion to Compel and for Sanctions [44] Motion to Seal [52] Motion to Seal

Argued &
(   ) Granted (   ) Denied ( ✓ ) Granted in part/Denied in part
(   ) Taken Under Advisement (   ) Continued to _____

[41] Sanctions - denied

[44] - denied

[52] - granted in part / denied in part

(   ) Report and Recommendation to Follow
( ✓ ) Order to Follow