IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

BRIAN TAYLOR, )
)
Plaintiff, )
)
v. ) Civil Action No. 1:15cv1405 (TSE/JFA)
)
CORELOGIC SAFERENT, LLC, )
)
Defendant. )

## ORDER

On Friday, April 22, 2016, counsel for the parties appeared before the court to present argument on plaintiff's Motion to Compel and for Sanctions (Docket no. 41). Upon consideration of the motion, the memorandum in support (Docket no. 42), defendant's opposition (Docket no. 49), and plaintiff's reply (Docket no. 54), and for the reasons stated from the bench, it is hereby

ORDERED that plaintiff's Motion to Compel is granted in part and denied in part and the request for sanctions is denied.

Entered this 22nd day of April, 2016.

/s/
John F. Anderson
United States Magistrate Judge

John F. Anderson
United States Magistrate Judge

Alexandria, Virginia